IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TIMOTHY JOHN O'MALLEY,

    Petitioner,

v.   CASE NO. 1:07-cv-00228-MP-AK

WALTER A. MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, recommending that the motion to dismiss be denied, and the case remanded to the Magistrate Judge for further proceedings. The time for filing objections has passed, and none have been filed. The Court agrees that the motion for belated appeal was a "properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim," which tolls the one-year statute of limitations and renders this petition timely filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The motion to dismiss (doc. 5) is denied, and this matter is remanded to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this  *6th*  day of August, 2008

                                   *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge