IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TIMOTHY JOHN O'MALLEY,

    Petitioner,

v.                                                                          CASE NO. 1:07-cv-228-MMP-AK

WALTER A. MCNEIL,

    Respondent.

_____/

### ORDER

This cause is before the Court following adoption of the Report and Recommendation and remand from the District Judge for further proceedings.

Accordingly, it is **ORDERED**:

That Respondent shall file a response to the petition for writ of habeas corpus no later than **September 5, 2008**;

That Petitioner may file a reply no later than **October 6, 2008**.

**DONE AND ORDERED** this *11th* day of August, 2008.

                                  **s/ A. KORNBLUM**
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**